FILED

11/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0467

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 23-0467

HEATHEN BLODHARN,

Petitioner,

v.

BRIAN GOOTKIN (or
alternatively, Annette
Chambers-Smith),

Respondent.

**ORDER GRANTING THIRD EXTENSION OF TIME**

Upon consideration of Respondent Brian Gootkin's Third Motion for

Extension of Time to file a response brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Respondent's Motion is GRANTED.

The Respondent shall have until December 29, 2023, in which to file a

Response Brief.

DATED this _____ day of November 2023.

_____
Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 19 2023